

**NUMBER 13-12-00560-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOSE A. GARCIA,** **Appellant,**

**v.**

**PATRICIA SUAREZ AND**
**GONZALO GARCIA,** **Appellees.**

---

**On appeal from the 404th District Court**
**of Cameron County, Texas.**

---

# ORDER

**Before Justices Rodriguez, Benavides, and Perkes**
**Order Per Curiam**

On August 19, 2014, this Court abated this appeal and remanded the cause to the trial court because appellant had filed an affidavit of indigence. *See* TEX. R. APP. P. 20.1. A supplemental clerk's record filed on September 15, 2014, contains the trial court's order sustaining contest to affidavit of indigence.

Texas Rule of Appellate Procedure 20.1(j)(1) provides that "If the trial court sustains a contest, the party claiming indigence may seek review of the court's order by filing a motion challenging the order with the appellate court without advance payment of costs." TEX. R. APP. P. 20.1(j)(1). Unless an extension is granted, "[t]he motion must be filed within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later." TEX. R. APP. P. 20.1(j)(2).

On October 9, 2014, appellant filed an "Application to Proceed in Appellate Court Without Prepaying Fees or Costs under T.R.A.P. Rule 20." Appellant has not filed a motion challenging the trial court's order. Even if we were to construe appellant's application as a motion to challenge the trial court's order, it was untimely because it was not filed within 10 days of either the signed order or the notice of appeal. Thus, appellant has not established indigence and is not entitled to proceed with his appeal without the advance payment of costs.

Accordingly, appellant is ORDERED to pay the $175 filing fee to this Court no later than 30 days from the date of this order, or the Court will dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

Delivered and filed the
21st day of October, 2014.

2